Certificate Number: 05781-ILS-DE-041663734

Bankruptcy Case Number: 26-31007

05781-ILS-DE-041663734

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2026, at 5:36 o'clock PM PST, Frankie Vollano completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Illinois.

Date: November 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President